(109 So. 922)

Elizabeth WATSON et al. v. R. M. SIMS. (8 Div. 803.) (Supreme Court of Alabama. June 30, 1926.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Mitchell & Hughston, of Florence, for appellant. Bradshaw & Barnett, of Florence, for appellee.

PER CURIAM. Appeal dismissed by agreement.

---

(111 So. 923)

Joseph WEBB v. Ethel P. GRAVES et al. (5 Div. 959.) (Supreme Court of Alabama. March 29, 1927.) Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

PER CURIAM. Reversed and remanded by agreement.

---

(110 So. 917)

N. J. WILLS v. P. E. CLEGHORN et al. (7 Div. 661.) (Supreme Court of Alabama. Nov. 4, 1926.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. Transferred from Court of Appeals under Code 1923, § 7326. Victor Vance, of Gadsden, for appellants. W. J. Boykin and J. F. Duke, both of Gadsden, for appellees.

THOMAS, J. The suit was for the statutory penalty for failure to satisfy the record of a mortgage executed by several mortgagors. The trial resulted in a nonsuit, with a bill of exceptions, because of the sustaining of the defendants' motion to exclude the notice for satisfaction, because it was not signed by all of the mortgagors. Section 9023 (4898) of the Code; Wilkerson v. Sorsby, 201 Ala. 182, 77 So. 708; Butler Co. v. Brooks, 204 Ala. 195, 85 So. 778; Jowers v. Brown Bros., 137 Ala. 582, 34 So. 827; Jarratt v. McCabe, 75 Ala. 325; Scott v. Fields, 75 Ala. 419; Grooms v. Hannon, 59 Ala. 510; McClendon v. Henderson Land & Development Co., 9 Ala. App. 480, 63 So. 811. See Hamilton v. Hussmann Ref. & Sup. Co., 214 Ala. 376, 108 So. 50, for recent strict construction of this penal statute. The judgment of the lower court is affirmed. Affirmed.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

---

(109 So. 923)

E. W. WILSON, etc., v. R. H. EGGLESTON, Trustee, etc. (7 Div. 542.) (Supreme Court of Alabama. June 30, 1926.) Appeal from Circuit Court, Clay County; E. S. Lyman, Judge. Pruet & Glass, of Ashland, for appellant. Walter S. Smith, of Lineville, for appellee.

MILLER, J. The judgment in this cause is affirmed for failure of appellant to observe rule 13 of the Supreme Court. No brief was filed by appellant in this cause. Tenn. Valley Auto Co. v. State, 206 Ala. 702, 89 So. 924; Locklear v. State, 205 Ala. 236, 87 So. 712. Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.